**Jessica S. MARTIN, Petitioner,**

v.

**CITY OF UNIONTOWN,**

v.

**Harvey SELBY and Lucille H. Selby, Respondents.**

Supreme Court of Pennsylvania.

May 27, 1998.

## *ORDER*

PER CURIAM

AND NOW, this 27 th day of May 1998, the Petition for Allowance of Appeal is GRANTED, the Order of the Commonwealth Court is REVERSED, and the matter is RE-MANDED to the Court of Common Pleas of Fayette County for consideration of the motion for judgment of non pros based upon *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (Pa.1998); *Marino v. Hackman,* —— Pa.

# 907

——, 710 A.2d 1108 (Pa.1998); and *Shope v. Eagle,* —— Pa. ——, 710 A.2d 1108 (Pa.1998). *no v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998).